IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01880-WJM-NRN

CHERYL YSLAS and
MICHAEL SPRAGUE

      Plaintiffs,

v.

WAL-MART ASSOCIATES, INC., d/b/a
SAM'S CLUB, and SAM'S CLUB, a
division of WAL-MART STORES, INC.

      Defendant.

## SIXTH JOINT NOTICE REGARDING CASE STATUS

Plaintiffs Cheryl Yslas and Michael Sprague (collectively "Plaintiffs"), on behalf of themselves and the Collective, and Defendants Wal-Mart Associates, Inc., and Sam's West, Inc., (collectively "Defendants") (Plaintiffs and Defendants are referred to herein collectively as the "Parties") jointly file this Sixth Joint Notice Regarding Case Status, and in support therefore state as follows:

    1.    On March 17, 2025, the Court issued a Minute Order directing the Parties to submit a Joint Notice on or before April 7, 2025, "to inform this Court of the status of the case and whether a Scheduling Conference needs to be set." (Dkt. 90) ("Order").

    2.    On April 7, 2025, and again on April 17, 2025, June 23, 2025, August 15, 2025, September 29, 2025 and October 31, 2025, the Parties requested additional time to submit their Joint Notice so as to allow the Parties to continue ongoing meet and confer discussions regarding

whether or not this case should proceed with discovery or whether the case is more appropriate for mediation at this time. (Dkts. 91, 94, 96, 99, 101, 103.) The Court granted the Parties' requests on April 8, 2025, April 17, 2025, June 24, 2025, August 18, 2025, September 30, 2025, and November 4, 2025, respectively. (Dkts. 93, 95, 97, 100, 102, 104.) Further, on January 5, 2026, the Court entered a minute order directing the Parties to file a further Joint Status Report on January 16, 2026. (Dkt. 105.)

3. The Parties have had ongoing discussions and exchange of information regarding potential settlement in good faith, including the exchange of settlement offers and demands. Rather than set a Scheduling Conference, the Parties intend to file a joint motion requesting the Court schedule a Settlement Conference with a Magistrate. The Parties will file their joint motion on or before January 23, 2026.

Respectfully submitted this 16th day of January, 2026.

| /s/ Samuel D. Engelson | /s/ Naomi G. Beer |
|---|---|
| Andrew E. Swan | Naomi G. Beer |
| Samuel D. Engelson | Camille Papini-Chapla |
| Leventhal Swan Taylor Temming | Greenberg Traurig, LLP |
| 3773 Cherry Creek North Drive, Suite 710 | 1144 15th Street, Suite 3300 |
| Denver, Colorado 80209 | Denver, Colorado 80202 |
| Telephone: (720) 699-3000 | Telephone: (303) 572-6500 |
| Email:   aswan@lstt.law | Email: beern@gtlaw.com |
|          sengelson@lstt.law |          papinichaplac@gtlaw.com |

John W. Billhorn                                Attorneys for Defendants
Billhorn Law Firm
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
Telephone: 720-386-9006
Email: jbillhorn@billhornlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2026, I electronically filed the foregoing **SIXTH JOINT NOTICE REGARDING CASE STATUS** with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.

GREENBERG TRAURIG, LLP

s/ *Naomi Beer*
Naomi Beer
