**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-01880-WJM-TPO

CHERYL YSLAS and MICHAEL
SPRAGUE, and those similarly situated,

      Plaintiffs,

v.

WAL-MART ASSOCIATES, INC., d/b/a
SAM'S CLUB, and

SAM'S CLUB, a division of WAL-MART
STORES, INC.

      Defendants.

## JOINT MOTION FOR SETTLEMENT CONFERENCE

Plaintiffs Cheryl Yslas and Michael Sprague (collectively "Plaintiffs") and Defendants Wal-Mart Associates, Inc. and Sam's Club, a division of Wal-Mart Stores, Inc. (collectively "Defendants") (collectively the "Parties"), respectfully file this Joint Motion for Settlement Conference as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), the Parties jointly request the relief sought.

1.    The Parties have apprised the Court of ongoing settlement discussions, most recently on January 16, 2026. *See* Doc. 106.

2. The Parties advised the Court in their January 16, 2026 report that they would jointly request a settlement conference with Magistrate Judge O'Hara or any other available magistrate judge. *See* Uniform Civil Practice Standards of the United States Magistrate Judges, § VII(1). Pursuant to Magistrate Judge O'Hara's individual requirements, the Parties submit this joint motion requesting a settlement conference. *See id.*

3. The Parties request that Plaintiff Sprague[1] and Defendants' corporate representative[2] be permitted to attend the conference remotely via video. The Parties understand that the courthouse is not equipped with wireless access and will ensure that counsel who will be attending in person will bring a laptop and hotspot with them to connect with the individuals appearing remotely. *See* Uniform Civil Practice Standards of the United States Magistrate Judges, § VII(2).

WHEREFORE, the Parties jointly respectfully request that the Court accept the Parties' request for a settlement conference.

Respectfully submitted this 26th day of January, 2026.

| | |
|---|---|
| */s/ Samuel D. Engelson* | */s/ Naomi G. Beer* |
| Andrew E. Swan | Naomi G. Beer |
| Samuel D. Engelson | Camille Papini-Chapla |
| LEVENTHAL SWAN TAYLOR TEMMING PC | GREENBERG TRAURIG, LLP |
| 3773 Cherry Creek North Drive, Suite 710 | 1144 15th Street, Suite 3300 |
| Denver, Colorado 80209 | Denver, Colorado 80202 |
| Telephone: (720) 699-3000 | Telephone: (303) 572-6500 |
| Email:  aswan@lstt.law | Email: beern@gtlaw.com |
|             sengelson@lstt.law |            papinichaplac@gtlaw.com |
| | |
| John W. Billhorn | **Attorneys for Defendants** |

---

[1] Plaintiff Sprague currently resides in New York.

[2] Defendants' representative, Amy Morgan works in Bentonville, Arkansas..

Billhorn Law Firm
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
Telephone: (720) 386-9006
Email:    jbillhorn@billhornlaw.com

**Attorneys for Plaintiffs**