IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-01880-TPO

CHERYL YSLAS and MICHAEL
SPRAGUE, and those similarly situated,

Plaintiffs,

v.

WAL-MART ASSOCIATES, INC., d/b/a
SAM'S CLUB, and

SAM'S CLUB, a division of WAL-MART
STORES, INC.

Defendants.

---

**JOINT MOTION FOR LEAVE TO RESTRICT**

---

Plaintiffs Cheryl Yslas and Michael Sprague, along with the fourteen Opt-In Plaintiffs (collectively "Plaintiffs") and Defendants Sam's West, Inc. and Wal-Mart Associates, Inc. (collectively "Defendants" or "Sam's Club") (Plaintiffs and Defendants referred to collectively as the "Parties"), through their undersigned counsel, jointly move the Court to restrict access to the unredacted Joint Motion for Approval of FLSA Settlement and its related exhibits A and B (ECF. 123) ("Motion for Approval") under a Level 1 Restriction in accordance with D.C.COLO.LCivR 7.2, for the reasons set forth below:

1. The Parties reached a settlement following a second settlement conference conducted on July 31, 2026 by the Honorable Timothy J. O'Hara. Following

that settlement conference, and with the Court's supervision, the Parties memorialized the material terms of their settlement by way of a document titled Material Terms of Settlement ("Term Sheet"), executed by the Parties on July 31, 2026.

2. The Term Sheet included the Parties' agreement that in the event the Parties determined that Court approval of the settlement was necessary, the Motion for Approval and related Settlement Agreement shall be filed under Level 1 Restricted Access and a redacted version with dollar amounts redacted shall be filed without restriction. A Level 1 Restriction limits access to the documents to only the Parties and the Court. D.C.COLO.LCivR 7.2(b).

3. Consideration of the factors set forth under D.C.COLO.LCivR 7.2 warrant maintaining the Level 1 Restriction. Among other things, the interest in maintaining the confidentiality of the monetary terms of the settlement outweighs the presumption of public access because confidentiality was a negotiated term of the settlement reached under the Court's supervision, was expressly included in the Parties' Term Sheet that was negotiated with the Court's assistance and the redacted Motion for Approval is already on the public docket. Requiring disclosure in these circumstances would cause serious harm to the Parties, including that it would undercut the negotiated term, could be used against Defendants in other matters and could potentially expose financial information regarding the individual Plaintiffs.

4. The Parties have memorialized the terms of their agreement in a written settlement agreement and filed their Motion for Approval on September 30, 2026. (ECF 123). In accordance with the Term Sheet, the Parties filed the Motion for Approval and

related exhibits, including the Settlement Agreement, as Level 1 Restricted, and filed a redacted copy of the Motion for Approval on the public docket.

5. Accordingly, the Parties now jointly request that, consistent with the Term Sheet, the Motion for Approval and related exhibits be restricted under Level 1 restriction to preserve the confidentiality of the settlement amounts and other sensitive, proprietary, and non-public information disclosed in connection with the settlement.

WHEREFORE, the Parties respectfully request a Level 1 restriction of the Joint Motion for Approval of FLSA Settlement and related exhibits (ECF. 123) which would make the Joint Motion and its related exhibits viewable only by the Court and the Parties to this action.

Respectfully submitted this 1st day of October, 2026.

*/s/ Samuel D. Engelson*
Andrew E. Swan
Samuel D. Engelson
LEVENTHAL SWAN TAYLOR TEMMING PC
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
Telephone: (720) 699-3000
Email: aswan@lstt.law
sengelson@lstt.law

John W. Billhorn
Billhorn Law Firm
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
Telephone: (720) 386-9006
Email: jbillhorn@billhornlaw.com

**Attorneys for Plaintiffs**

*/s/ Naomi G. Beer*
Naomi G. Beer
Camille Papini-Chapla
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: beern@gtlaw.com
papinichaplac@gtlaw.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2026, I electronically filed the foregoing **JOINT MOTION FOR LEAVE TO RESTRICT** with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.

GREENBERG TRAURIG, LLP

s/ *Naomi Beer*
Naomi Beer